574

478 A.2d 110

Commonwealth v. Crawford, Appellant.
Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted November 4, 1983. Brian R. Williams, for appellant; Robert B. Lawler, Assistant District Attorney, for appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.

478 A.2d 110

Commonwealth v. Davis, Appellant.

Submitted March 5, 1984. Charles H. Junod, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.